IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 02-cv-01359-WDM-BNB

KENNETH GAMMON,
PATRICIA GAMMON,

    Plaintiffs,

v.

JOE FERGUSON PONTIAC, et al.,

    Defendants.

## ORDER ON REQUEST FOR COURT ORDER

Miller, J.

This matter is before me on Plaintiffs' Motion (doc no 60), filed August 13, 2007, which apparently seeks an order concerning certain state records. For the reasons set forth in my Order on Motion to Reopen/Amend (doc no 59), Plaintiffs' Motion is denied.

DATED at Denver, Colorado, on August 14, 2007.

                                          BY THE COURT:

                                          s/ Walker D. Miller
                                          United States District Judge

PDF FINAL